IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 APR 17 PM 2:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

EMERY RAY ROSSER, )
)
Plaintiff, )
)
vs )  CIVIL ACTION NO.95-AR-2950-S
)
CITY OF BIRMINGHAM, )
BIRMINGHAM POLICE DEPT. )
POLICE CHIEF JOHNNY JOHNSON, )
CAPTAIN TRUCKS, OFFICER HEAD, )
DETECTIVE ADAMS, JEFFERSON )
COUNTY SHERIFF'S DEPARTMENT, )
SHERIFF MEL BAILEY, JOHNNY )
POWELL, and ANDRE SHELTON, )
)
Defendants. )

ENTERED
APR 17 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed as to all claims and all defendants except the claim that Officer Head and Detective Adams subjected the plaintiff to an illegal search and



seizure and an unlawful arrest; Officer Head's and Officer Adams' motion for summary judgment in the illegal search and seizure and unlawful arrest claims is due to be denied. An appropriate order will be entered.

DONE, this 17th day of April, 1997.

WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE